**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SE PROPERTY HOLDINGS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Civil Action No. 19-00430-KD-B** |
| ) | |
| **JEFF GREEN,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge (doc. 51) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants Jeff Green, Kirby Green Northcutt, and LBG, LLC's motion to dismiss count five, or alternatively, motion to sever and transfer venue of count five (docs. 17, 18) is **DENIED.**

**DONE** this 18th day of September 2020.

　　　　　　　　　　　　　　　　　　/s / Kristi K. DuBose
　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE**